AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina ▾

| | | |
|---|---|---|
| Robert Adams, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-13600-RMG |
| 3M Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Adams, et al.                                                                               .

Date:     01/12/2026                                    /s/ P. Scott Summy
                                                                      *Attorney's signature*

                                                         P. Scott Summy (TX Bar 19507500)
                                                              *Printed name and bar number*

                                                           3102 Oak Lawn Ave, Ste. 1100
                                                                   Dallas, TX 75219

                                                                        *Address*

                                                             ssummy@baronbudd.com
                                                                   *E-mail address*

                                                                  (214) 521-3605
                                                                 *Telephone number*

                                                                  (214) 279-9915
                                                                    *FAX number*